UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

BRANDY BOND,

    Plaintiff,

v.                                         Case No. 18-cv-402-pp

MILWAUKEE POLICE DEPARTMENT,
JUDGE VALERIE A. HILL,
ALLIED SECURITY, MICHAEL POMA
and WISCONSIN HOSPITALITY GROUP,

    Defendants.

---

**ORDER DISMISSING CASE**

---

The plaintiff filed her complaint on March 14, 2018, alleging that she was sexually harassed and verbally attacked while sitting in an Applebee's restaurant. Dkt. No. 1. She further alleged that the attacks continued and damaged her 16th district Wisconsin State Assembly Campaign. Id. On March 20, 108, Magistrate Judge William Duffin denied the plaintiff's motion for leave to proceed without prepayment of the filing fee, ordering her to pay the fee within twenty-one days. Dkt. No. 4. Judge Duffin warned the plaintiff that failure to pay the fee would result in the court dismissing the case for failure to prosecute. To date, the plaintiff has not paid the fee. On May 11, 2018, the clerk of courts reassigned the case to this court, because the defendants have not yet had a chance to consent to a magistrate judge deciding the case.

The court finds that the plaintiff has not diligently prosecuted her case because she has not paid the fee as ordered. The court **ORDERS** that the case is **DISMISSED** under Civil L.R. 41(c) (E.D. Wis.) for lack of diligence.

Dated in Milwaukee, Wisconsin this 29th day of May, 2018.

        **BY THE COURT:**

        _____
        **HON. PAMELA PEPPER**
        **United States District Judge**